**WO** BL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Boyce, ) | No. CV 06-1246-PHX-SMM (VAM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, et al., ) | |
| Defendants. ) | |

Plaintiff George Boyce, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, and sought leave to proceed *in forma pauperis*, (Doc. #1). This Court granted Plaintiff *in forma pauperis* status and ordered Defendant Arpaio to answer his Complaint (Dkt. # 3). Plaintiff subsequently filed a Notice of Voluntary Dismissal, notifying this Court that he was dismissing his Complaint and indicating that he should not be liable for the requisite filing fees (Dkt. #5).

"[A]n action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. . . Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice." Fed.R.Civ.P. 41(a)(1)(i). Plaintiff has voluntarily dismissed his action, and the Clerk of Court will be directed to enter a dismissal without prejudice of this action.

Plaintiff also indicated that he should not be liable for the filing fee. "[I]f a prisoner brings a civil action . . . in forma pauperis, the prisoner shall be required to pay the full amount of the filing fee." 28 U.S.C. § 1915(b)(1). Plaintiff became liable for the filing fee

upon the filing of his Complaint, and the dismissal thereof does not absolve him of this obligation. Plaintiff remains responsible for the statutory filing fee of $350.00

**IT IS THEREFORE ORDERED that:**

(1) Plaintiff has notified this Court that he voluntarily dismisses his action (Dkt. #5). Plaintiff's action is therefore dismissed without prejudice. The Clerk of Court shall enter a judgment of dismissal without prejudice of this action.

(2) Plaintiff continues to be obligated to pay the statutory filing fee of $350.00 for this action.

DATED this 15th day of June, 2006.

_____
Stephen M. McNamee
United States District Judge